UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     HOMER McLEAN
:     CHAPTER 7
:
:
DEBTORS     :     BKY NO.12-12271

## ORDER

AND NOW, this day of _____, 2014, upon consideration of **TRUSTEE'S MOTION FOR LEAVE TO SELL DEBTORS' REAL ESTATE AT PRIVATE SALE FREE AND CLEAR OF LIENS.** It is hereby **ORDERED** that:

1. The Motion is granted.
2. Michael H. Kaliner, Trustee is authorized to sell the real estate located at 2014 Butztown Road, Bethlehem, PA 18017 to Carlos Barzola for the sum of $168,000.00 in accordance with the Agreement of Sale.
3. The sale is free and clear of all liens and encumbrances; and
4. The Trustee is authorized to pay at closing 6% realtor's commission to Setton Realtors, real estate and transfer taxes, ordinary settlement costs and the mortgage of Generation Mortgage .

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE